```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
IN RE EUROPEAN GOVERNMENT BONDS     :     19 Civ. 2601 (VM)
ANTITRUST LITIGATION,               :
                                    :         ORDER
                                    :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated August 12, 2020, plaintiffs in the above-captioned action request leave to amend their complaint pursuant to the Court's July 23, 2020 Decision and Order. (See Dkt. No. 122.) Defendants are hereby ordered to respond to plaintiffs' letter by letter not to exceed three pages within ten days of the entry of this Order.

**SO ORDERED.**

Dated:   New York, New York
         13 August 2020

                                          Victor Marrero
                                            U.S.D.J.