October 13, 2020

**VIA ECF**
Honorable Victor Marrero
Suite 1610
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *In re European Government Bonds Antitrust Litigation*,
                No. 19-cv-02601-VM (S.D.N.Y.)

Dear Judge Marrero:

      We represent Plaintiffs and write on Defendants' consent pursuant to Rule 1.F. of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request an extension of today's deadline from today to 21 days from today, November 3, 2020, to inform Defendants of the identity of any new plaintiffs proposed to be named in Plaintiffs' forthcoming Fourth Amended Class Action Complaint and the identity of the Defendants (as defined in ECF No. 129) with which the new plaintiff(s) traded. Fifth Amended Case Management Order, ECF No. 129 ("CMO"). The requested extension would not affect any other deadlines in the CMO. This is Plaintiffs' first request for an extension.

      We are available at the Court's convenience to discuss these matters should the Court so desire.

                             Respectfully submitted,

| *s/ Gregory S. Asciolla* | *s/ Kristen M. Anderson* | *s/ Vincent Briganti* |
|---|---|---|
| Gregory S. Asciolla | Kristen M. Anderson | Vincent Briganti |
| **LABATON SUCHAROW LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
| 140 Broadway | 230 Park Ave., 17th Floor | 44 S. Broadway, Suite 1100 |
| New York, NY 10005 | New York, NY 10169 | White Plains, NY 10601 |
| Telephone: 212-907-0700 | Telephone: 212-223-6444 | Telephone: 914-997-0500 |
| Facsimile: 212-818-0477 | Facsimile: 212-223-6334 | Facsimile: 914-997-0035 |
| gasciolla@labaton.com | kanderson@scott-scott.com | vbriganti@lowey.com |

*Interim Co-Lead Counsel for the Class*

Cc: All counsel of record (via ECF)