UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
IN RE EUROPEAN GOVERNMENT BONDS     :   19 Civ. 2601 (VM)
ANTITRUST LITIGATION                :
                                    :   **ORDER**
                                    :
-----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020
```

**VICTOR MARRERO, United States District Judge.**

On August 12, 2020, pursuant to the Court's July 23, 2020 Decision and Order, Plaintiffs filed a request for leave to amend their complaint. (Dkt. No. 122.) In response, the parties met and conferred, and Defendants filed a joint Stipulation and Proposed Fifth Amended Case Management Order, which the Court granted on August 26, 2020. (See Dkt. No. 129.) Under the Fifth Amended Case Management Order, Plaintiffs had until 45 days after the entry of the Order to identify in writing any new plaintiffs proposed to be named in the amended complaint. (Id. ¶ 1.)

On October 13, 2020, Plaintiffs requested an extension of time to identify any proposed new plaintiffs. (Dkt. No. 131.) Defendants consented to the request and the Court granted the extension the following day. (See Dkt. No. 132.)

By letter dated November 2, 2020, Plaintiffs requested a second extension of time to identify any proposed new plaintiffs. (Dkt. No. 133.) This time, Defendants did not consent to the request.

On November 3, 2020, the Court granted the extension. (Dkt. No. 135.) That same day, Defendants UniCredit Bank AG and UniCredit Capital Markets LLC (collectively, "UniCredit") and Bank of America Merrill Lynch International Designated Activity Company ("BAML") filed a letter opposing Plaintiffs' request. (See Dkt. No. 134.)

The Court is not persuaded that the extension should be denied. Indeed, UniCredit and BAML have already agreed to wait for Plaintiffs to identify proposed new plaintiffs to be named in an amended complaint. The relatively short extension of 38 days at issue here would not prejudice UniCredit or BAML any more than the original 45 days or first extension to which UniCredit and BAML agreed.

The Court hereby affirms its prior order, granting Plaintiffs' request for an extension. Plaintiffs shall notify Defendants of any additional plaintiffs proposed to be named by December 11, 2020.

**SO ORDERED.**

Dated:   New York, New York
         5 November 2020

_____
Victor Marrero
U.S.D.J.