February 9, 2021

**VIA ECF**

Honorable Victor Marrero
U.S. District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

    Re:   *In re European Government Bonds Antitrust Litigation*
           No. 19-cv-02601-VM (S.D.N.Y.)

Dear Judge Marrero:

    We write on behalf of Plaintiffs in the above-referenced action. In accordance with Rule II.H of Your Honor's Individual Practices, we respectfully request leave to file under seal Plaintiffs' Fourth Amended Consolidated Class Action Complaint ("FAC"). The FAC cites and discusses chatroom transcripts that have been designated by a cooperating bank ("Cooperating Bank") as Highly Confidential under the terms of a Confidentiality Agreement between Plaintiffs and the Cooperating Bank. Consistent with the Court's rules, Plaintiffs submit herewith a copy of the proposed redacted filing.

    The Cooperating Bank asserts that the redacted portions of the FAC are entitled to confidentiality because they contain non-public, confidential, proprietary, commercial, and/or customer information. In addition, the Cooperating Bank asserts that under English law, there is a general common law duty of confidentiality owed to clients.

    We are available at the Court's convenience to discuss these matters should the Court so desire.

    Respectfully submitted,

| *s/ Gregory S. Asciolla* | *s/ Kristen M. Anderson* | *s/ Vincent Briganti* |
|---|---|---|
| Gregory S. Asciolla | Kristen M. Anderson | Vincent Briganti |
| **LABATON SUCHAROW LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
| 140 Broadway | 230 Park Ave., 17th Floor | 44 S. Broadway, Suite 1100 |
| New York, NY 10005 | | |
| Telephone: 212-907-0700 | | |
| Facsimile: 212-818-0477 | | |
| gasciolla@labaton.com | | |

cc: All counsel of record (vi[a ECF])

```
Defendants in the above-referenced matter are hereby
directed to respond, by joint letter, to Plaintiffs'
request to file the FAC under seal (Dkt. No. 144)
setting forth their position with respect to the
request.
```

SO ORDERED.

2/11/2021
DATE



VICTOR MARRERO, U.S.D.J.