```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
IN RE EUROPEAN GOVERNMENT BONDS    :   19 Civ. 2601 (VM)
ANTITRUST LITIGATION               :
                                   :           ORDER
                                   :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On February 9, 2021, Plaintiffs in the above-captioned action filed a letter motion to seal the Fourth Amended Complaint ("FAC") because some of the material cited therein is protected under the terms of a Confidentiality Agreement. (See Dkt. No. 144.) By order dated February 11, 2021, the Court directed Defendants to state their position with respect to Plaintiffs' motion. (See Dkt. No. 149.) By letter dated February 16, 2021, the Defendants who have appeared in this action indicated they do not object to the request to file the FAC under seal. (See Dkt. No. 150.) The Court finds the seal appropriate under the circumstances. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). Accordingly, it is hereby

**ORDERED** that the letter motion to file the Fourth Amended Complaint under seal (Dkt. No. 144) is **GRANTED.**

**SO ORDERED.**

Dated:   New York, New York
         17 February 2021

_____
Victor Marrero
U.S.D.J.