```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
IN RE EUROPEAN GOVERNMENT BONDS    :    19 Civ. 2601 (VM)
ANTITRUST LITIGATION               :
                                   :        ORDER
                                   :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On April 15, 2021, Plaintiffs in the above-captioned matter and Defendants State Street Bank and Trust Company and State Street Corporation ("State Street Defendants") filed two letter motions. The first seeks leave to file an unredacted copy of the pending request for extension under seal. (Dkt. No. 193.) The second seeks a 60-day extension of all pleading and discovery deadlines as to the State Street Defendants. (Dkt. No. 194.) Having reviewed the redacted and unredacted copies of both letter motions (see Dkt. Nos. 195, 196), the Court finds the seal appropriate under the circumstances and grants the extension. Accordingly, it is hereby

**ORDERED** that the letter motion to file under seal (Dkt. Nos. 193 & 196) is **GRANTED**; and it is further

**ORDERED** that the letter motion for extension of time (Dkt. No. 194 & 195) is **GRANTED**.

**SO ORDERED.**

Dated:   New York, New York
         16 April 2021

_____
Victor Marrero
U.S.D.J.