USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: EUROPEAN GOVERNMENT BONDS
ANTITRUST LITIGATION

Docket No. 1:19-cv-02601 (VM)

# [~~PROPOSED~~] AMENDMENT TO SIXTH AMENDED CASE MANAGEMENT ORDER

WHEREAS, the Parties have exchanged pre-motion letters in connection with Defendants' motion to dismiss pursuant to the Stipulation and Sixth Amended Case Management Order (Dkt. No. 165) (the "CMO")[1] in accordance with Rule II.B of the Court's Individual Practices;

WHEREAS, pursuant to the CMO, Defendants' deadline to notify the Court regarding the Parties' "fail[ure] to resolve [their] dispute over the appropriateness of the filing of a motion to dismiss," and request a pre-motion conference with the Court is May 31, 2021;

WHEREAS, on May 26, 2021, Plaintiffs filed a letter motion with the Court requesting that the Court take judicial notice of a May 20, 2021 press release issued by the European Commission regarding its investigation related to European Government Bonds (Dkt. No. 203) (the "Letter Motion");

WHEREAS, Defendants intend to file a response to the Letter Motion;

WHEREAS, Defendants believe it is in the interests of efficiency and judicial economy to simultaneously present to the Court the issues relevant to the Letter Motion and the pre-motion letter exchange, and request an extension to do so by June 4, 2021;

---

[1] Capitalized terms used but not defined herein shall have the meaning as defined in the CMO.

WHEREAS, Plaintiffs do not oppose Defendants' proposed extension.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulation and Sixth Amended Case Management Order is amended as follows:

1. Defendants shall notify the Court by no later than June 4, 2021 regarding the Parties "fail[ure] to resolve [their] dispute over the appropriateness of the filing of a motion to dismiss," and request a pre-motion conference with the Court.

2. Defendants shall respond to the Letter Motion by no later than June 4, 2021.

3. For the avoidance of doubt, no other deadlines in the Stipulation and Sixth Amended Case Management Order shall be affected and/or changed by this amendment.

**SO ORDERED.**

DATED:
May 27, 2021
New York, New York

_____
Victor Marrero
U.S.D.J.

2