UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION | Lead Case No. 1:19-cv-2601<br><br>Hon. Victor Marrero |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH STATE STREET CORPORATION AND STATE STREET BANK AND TRUST COMPANY**

**PLEASE TAKE NOTICE** that Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association (together, "Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving the proposed settlement with State Street Corporation and State Street Bank and Trust Company (together, "State Street").

Submitted herewith in support of this Motion are the:

(1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with State Street Corp. & State Street Bank and Trust Co.; and

(2) Joint Declaration of Kristen M. Anderson, Vincent Briganti, and Gregory S. Asciolla in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with State Street Corp. & State Street Bank and Trust Co.; and

(3) Declaration of Anthony Piazza Regarding Preliminary Approval of Stipulation and Agreement of Settlement with State Street Corp. & State Street Bank and Trust Co.

        Dated: June 15, 2021

**LABATON SUCHAROW LLP**
*s/ Gregory S. Asciolla*
GREGORY S. ASCIOLLA
MATTHEW J. PEREZ
VERONICA BOSCO
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
gasciolla@labaton.com
mperez@labaton.com
vbosco@labaton.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
*s/ Kristen Anderson*
KRISTEN ANDERSON
DONALD A. BROGGI
MICHELLE E. CONSTON
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
kanderson@scott-scott.com
dbroggi@scott-scott.com
mconston@scott-scott.com

CHRISTOPHER M. BURKE
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
cburke@scott-scott.com

DAVID R. SCOTT
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
david.scott@scott-scott.com

**LOWEY DANNENBERG, P.C.**

*s/ Vincent Briganti*
VINCENT BRIGANTI
GEOFFREY M. HORN
CHRISTIAN LEVIS
ROLAND R. ST. LOUIS, III
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
clevis@lowey.com
rstlouis@lowey.com

CHARLES KOPEL
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: 215-399-4770
Facsimile: 610-862-9777
ckopel@lowey.com

JOSEPH J. TABACCO, JR.
        TODD A. SEAVER
        CARL N. HAMMARSKJOLD
        **BERMAN TABACCO**
        44 Montgomery Street, Suite 650
        San Francisco, CA 94104
        Telephone: 415-433-3200
        Facsimile: 415-433-6382
        jtabacco@bermantabacco.com
        tseaver@bermantabacco.com
        chammarskjold@bermantabacco.com

        *Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                         *s/* Kristen M. Anderson
                                         Kristen M. Anderson