December 9, 2021

**VIA ECF**

Honorable Victor Marrero
U.S. District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   *In re European Government Bonds Antitrust Litig.*, **No. 19-cv-02601-VM**

Dear Judge Marrero:

Pursuant to Your Honor's Individual Practices §§I.A. and I.F., Co-Lead Counsel and counsel for State Street Corporation and State Street Bank and Trust Company (collectively, "State Street") jointly write to request a 90-day extension until March 14, 2022, of the current stay of the deadline for providing notice to the Settlement Class of the Stipulation and Agreement of Settlement with State Street. The parties have not previously requested an extension of this date, and the other defendants take no position regarding this request.

On June 15, 2021, Plaintiffs filed their Motion for Preliminary Approval of Stipulation and Agreement of Settlement with State Street. ECF Nos. 207-211. In the preliminary approval motion, Plaintiffs proposed that notice to the Settlement Class of the State Street Settlement begin no earlier than 180 days following the entry of preliminary approval by the Court, unless otherwise agreed to by the parties or ordered by the Court. ECF No. 208 at 25. The next day, the Court entered the Preliminary Approval Order, which stayed the notice deadline for 180 days until December 13, 2021. ECF No. 212, ¶2.

Under the Stipulation and Fifth Amended Case Management Order, discovery is currently stayed pending resolution of Defendants' motions to dismiss the Fourth Amended Class Action Complaint. ECF No. 129, ¶5. Accordingly, Plaintiffs have not yet requested potential Settlement Class Member name and address information from the other defendants. In addition, following resolution of the motions to dismiss, there may be other parties interested in discussing resolutions with Plaintiffs. Combining notice of multiple settlements would benefit the Settlement Class.

Therefore, the parties request that the Court enter a 90-day extension of the deadline for notice of Settlement until March 14, 2022. We are available to discuss any questions the Court may have.

Respectfully submitted,

| **LABATON SUCHAROW LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
|---|---|---|
| By: *s/ Gregory S. Asciolla* | By: *s/ Kristen M. Anderson* | By: *s/ Vincent Briganti* |
| GREGORY S. ASCIOLLA | KRISTEN M. ANDERSON | VINCENT BRIGANTI |

| | | |
|---|---|---|
| 140 Broadway<br>New York, New York 10005<br>Tel: (212) 907-0700<br>gasciolla@labaton.com | 230 Park Avenue, 17th Floor<br>New York, New York 10169<br>Tel: (212) 223-6444<br>kanderson@scott-scott.com<br><br>CHRISTOPHER M. BURKE<br>600 W. Broadway, Suite 3300<br>San Diego, California 92101<br>Tel: (619) 798-5300<br>cburke@scott-scott.com | 44 S. Broadway<br>White Plains, New York 10601<br>Tel: (914) 997-0500<br>vbriganti@lowey.com |

**BERMAN TABACCO**

By: *s/* Joseph J. Tabacco, Jr.
JOSEPH J. TABACCO, JR.
TODD A. SEAVER (admitted *pro hac vice*)
44 Montgomery Street, Suite 650
San Francisco, California 94104
Tel.: (415) 433-3200
jtabacco@bermantabacco.com
tseaver@bermantabacco.com

*Counsel for San Bernardino County Employees' Retirement Association*

*Interim Co-Lead Counsel*


**LINKLATERS LLP**

By: _s/ Adam S. Lurie_____
ADAM S. LURIE
PATRICK C. ASHBY
1290 Avenue of the Americas
New York, NY 10104
Tel: (202) 654-9227
Tel: (212) 903-9268
Adam.Lurie@linklaters.com
Patrick.Ashby@linklaters.com

*Counsel for State Street Corporation
And State Street Bank and Trust Company*