UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION | Lead Case No. 1:19-cv-2601<br><br>Hon. Victor Marrero |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF STIPULATION AND AGREEMENT OF SETTLEMENT WITH JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES PLC (F/K/A J.P. MORGAN SECURITIES LTD.), AND J.P. MORGAN SECURITIES LLC (F/K/A J.P. MORGAN SECURITIES INC.)**

**PLEASE TAKE NOTICE** that Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association (together, "Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving the proposed settlement with JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.).

Submitted herewith in support of this motion are the:

(1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.); and

(2) Joint Declaration of Kristen M. Anderson, Vincent Briganti, Gregory S. Asciolla, and Todd A. Seaver in Support of Plaintiffs' Motion for Preliminary Approval of

Stipulation and Agreement of Settlement with JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.).

Dated:  April 29, 2022

| **DICELLO LEVITT GUTZLER LLC** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
|---|---|---|
| *s/ Gregory S. Asciolla* | *s/ Kristen Anderson* | *s/ Vincent Briganti* |
| GREGORY S. ASCIOLLA | KRISTEN ANDERSON | VINCENT BRIGANTI |
| MATTHEW J. PEREZ | DONALD A. BROGGI | GEOFFREY M. HORN |
| VERONICA BOSCO | MICHELLE E. CONSTON | CHRISTIAN LEVIS |
| 60 East 42nd Street, Suite 2400 | The Helmsley Building | ROLAND R. ST. LOUIS, III |
| New York, NY, 10165 | 230 Park Ave., 17th Floor | 44 South Broadway, Suite 1100 |
| Telephone: 646-933-1000 | New York, NY 10169 | White Plains, NY 10601 |
| gasciolla@dicellolevitt.com | Telephone: 212-223-6444 | Telephone: 914-997-0500 |
| mperez@dicellolevitt.com | Facsimile:  212-223-6334 | Facsimile:  914-997-0035 |
| vbosco@dicellolevitt.com | kanderson@scott-scott.com | vbriganti@lowey.com |
|  | dbroggi@scott-scott.com | ghorn@lowey.com |
|  | mconston@scott-scott.com | clevis@lowey.com |
|  |  | rstlouis@lowey.com |
|  | CHRISTOPHER M. BURKE | |
|  | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | CHARLES KOPEL **LOWEY DANNENBERG, P.C.** |
|  | 600 W. Broadway, Suite 3300 | One Tower Bridge |
|  | San Diego, CA 92101 | 100 Front Street, Suite 520 |
|  | Telephone: 619-233-4565 | West Conshohocken, PA 19428 |
|  | Facsimile:  619-233-0508 | Telephone: 215-399-4770 |
|  | cburke@scott-scott.com | Facsimile:  610-862-9777 |
|  |  | ckopel@lowey.com |
|  | DAVID R. SCOTT | |
|  | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | |
|  | 156 South Main Street | |
|  | P.O. Box 192 | |
|  | Colchester, CT 06415 | |
|  | Telephone: 860-537-5537 | |
|  | Facsimile:  860-537-4432 | |
|  | david.scott@scott-scott.com | |

2

          **BERMAN TABACCO**
          *s/ Todd A. Seaver*
          JOSEPH J. TABACCO, JR.
          TODD A. SEAVER
          CARL N. HAMMARSKJOLD
          44 Montgomery Street, Suite 650
          San Francisco, CA 94104
          Telephone: 415-433-3200
          Facsimile:  415-433-6382
          jtabacco@bermantabacco.com
          tseaver@bermantabacco.com
          chammarskjold@bermantabacco.com

                 *Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                  *s*/ Kristen M. Anderson
                                                  Kristen M. Anderson