UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION** | Docket No. 1:19-cv-2601 (VM) |

**JPMORGAN DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

On May 9, 2022, Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.) (collectively, "JPMorgan Defendants") caused notice of the proposed class action settlement with the putative class in this action to be provided to each appropriate Federal official and each appropriate State official by U.S. Postal Service Priority Mail pursuant to 28 U.S.C. § 1715(b).

Respectfully submitted,

Dated: August 22, 2022

/s/ Henry B. Liu
Robert D. Wick (*pro hac vice*)
Henry B. Liu (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-6000
Fax:  (202) 662-6291
rwick@cov.com
hliu@cov.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.)*