# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
NICOLAS GRABAR
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY

MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES

RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
RESIDENT COUNSEL

D: +1 212 225 2283
racooper@cgsh.com

September [USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 9/12/2022]

**VIA ECF**

Honorable Victor Marrero
U.S. District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

      Re:    *In re European Gov't Bonds Antitrust Litig.*, No. 19-cv-02601-VM

Dear Judge Marrero:

      This firm represents Defendants Citigroup Global Markets Inc. and Citigroup Global Markets Limited in the above-referenced action. We write on behalf of all Defendants[1] and Plaintiffs[2] (together "the Parties") in this action to respectfully notify the Court, pursuant to ¶ 6 of the operative Civil Case Management Plan and Scheduling Order dated July 19, 2022 (ECF No. 275), of the Parties' consent to a six-day extension, until September 15, 2022, of the current deadline for the Parties to submit a proposed ESI Protocol and Protective Order. The Parties have been working diligently in good faith to prepare these documents, but some outstanding issues remain.

      We thank the Court for its consideration.

---

[1]     Defendants are Natixis S.A.; Nomura International plc; Nomura Securities International Inc.; UniCredit Bank AG; Citigroup Global Markets Limited; Citigroup Global Markets Inc.; Jefferies International Limited; and Jefferies LLC.

[2]     Plaintiffs are Ohio Carpenters' Pension Fund; Electrical Workers Pension Fund Local 103 I.B.E.W.; and San Bernardino County Employees' Retirement Association.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Honorable Victor Marrero
September 9, 2022
p. 2

                                                          Respectfully submitted,

                                                          */s/ Roger A. Cooper*

                                                          Roger A. Cooper

cc:     All counsel of record (via ECF)

---

**Request GRANTED.**

The motion for an extension of time to submit ESI protocol is granted. The Court will enter an order of referral to the magistrate court to handle further discovery matters.

**SO ORDERED.**

9/12/2022
DATE

*/s/ Victor Marrero*
VICTOR MARRERO, U.S.D.J.