UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: EUROPEAN GOVERNMENT BONDS
ANTITRUST LITIGATION

19-CV-02601 (VM)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On Tuesday, September 13, 2022, the Honorable Victor Marrero assigned this matter to my docket for General Pretrial Management.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Monday, November 14, 2022. The letter should address any outstanding discovery disputes.

**Settlement Conference.** In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three mutually convenient dates to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     September 15, 2022
           New York, New York