UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| **IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION** | ) ) ) ) ) ) ) ) ) ) | Lead Case No. 1:19-cv-2601<br><br>Hon. Victor Marrero<br><br>Hon. Sarah Netburn |

**NOTICE OF MOTION FOR AN ORDER APPROVING CLASS NOTICE PLAN, PRELIMINARILY APPROVING DISTRIBUTION PLAN FOR CLASS ACTION SETTLEMENTS WITH DEFENDANTS JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES PLC, J.P. MORGAN SECURITIES LLC, STATE STREET CORPORATION, AND STATE STREET BANK AND TRUST COMPANY, AND SCHEDULING HEARING FOR FINAL APPROVAL OF THE SETTLEMENTS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the joint declaration and the exhibits attached thereto, and the record herein, Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association , by and through their undersigned counsel, will respectfully move this Court, before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (1) approving the Class Notice Plan for Plaintiffs' proposed class action settlements with State Street Corporation and State Street Bank and Trust Company, and with JPMorgan Chase Bank, N.A., J.P. Morgan Securities PLC (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.); (2) appointing A.B. Data, Ltd. as Claims Administrator; (3) preliminarily approving a Distribution Plan for use in distributing the Settlement Fund; and (4) scheduling a Settlement Hearing to consider the fairness, reasonableness, and adequacy of the settlements, and the other relief set forth in the proposed order filed herewith.

| | |
|---|---|
| Dated: November 11, 2022<br>New York, NY | /s/ Kristen M. Anderson<br>Kristen M. Anderson<br>Scott+Scott Attorneys at Law LLP<br>230 Park Ave., 17th Floor<br>New York, NY 10169<br>Email: kanderson@scott-scott.com<br><br>/s/ Vincent Briganti<br>Vincent Briganti<br>Lowey Dannenberg, P.C.<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Email: vbriganti@lowey.com |

<u>/s/ Gregory S. Asciolla</u>
Gregory S. Asciolla
DiCello Levitt LLC
485 Lexington Avenue, Suite 1001
New York, NY 10017
Email: gasciolla@dicellolevitt.com

<u>/s/ Todd A. Seaver</u>
Todd A. Seaver
Berman Tabacco
425 California Street, Suite 2300
San Francisco, CA 94104
Email: tseaver@bermantabacco.com