UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION | Docket No. 1:19-cv-2601 (VM) |

### STATE STREET DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. §1715

On November 17, 2022, Defendants State Street Corporation and State Street Bank and Trust Company (collectively, "State Street") caused notice of the proposed class action settlement with the putative class in this action to be provided to each appropriate Federal official and each appropriate State official by U.S. Postal Service Priority Mail pursuant to 28 U.S.C. § 1715(b) and this Court's Preliminary Approval Order dated June 16, 2021 (ECF No. 212).

Dated: November 18, 2022

Respectfully Submitted,

/s/ Patrick C. Ashby

LINKLATERS LLP
Adam S. Lurie
Patrick C. Ashby
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 903-9268
Email: patrick.ashby@linklaters.com

*Attorneys for State Street Corporation and State Street Bank and Trust Company*