May 5, 2023

**VIA ECF**

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:   *In re European Gov't Bonds Antitrust Litig.*, No. 19-cv-02601 (S.D.N.Y.)

Dear Judge Marrero,

      Plaintiffs write to update the Court about the status of the Court-approved settlement class notice program. ECF No. 315. On March 20, 2023, Plaintiffs informed the Court that there were unexpected delays in the dissemination of notice to class members and requested that the Court vacate the existing schedule. ECF No. 334. The Court vacated existing deadlines associated with the State Street and JPMorgan settlements. ECF No. 335.

      Recently, UBS informed Plaintiffs that it can complete the mailing of notice to potential class members within two months of receiving the final notice packet. However, Plaintiffs intend to file for preliminary approval of settlements with additional defendants. In that motion, Plaintiffs will seek approval of a combined notice that will describe the new settlements, as well as the prior settlements with State Street and JPMorgan. Plaintiffs will also propose a schedule for the dissemination of that notice to potential class members, including those that have previously received notice of the State Street and JPMorgan settlements. As will be explained in Plaintiffs' forthcoming preliminary approval motion, Plaintiffs believe that their proposed schedule will create significant efficiencies for Plaintiffs, the Class, and the Court as there will be a unified schedule addressing all settlements.

      Plaintiffs are available at the Court's convenience should the Court have any questions concerning this letter.

                    Respectfully submitted,

| **DICELLO LEVITT LLC** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
|---|---|---|
| By: *s/ Gregory S. Asciolla*<br>GREGORY S. ASCIOLLA<br>485 Lexington Avenue,<br>Suite 1001<br>New York, New York 10165<br>Tel: (646) 933-1000<br>gasciolla@dicellolevitt.com | By: *s/ Kristen M. Anderson*<br>KRISTEN M. ANDERSON<br>230 Park Avenue, 17th Floor<br>New York, New York 10169<br>Tel: (212) 223-6444<br>kanderson@scott-scott.com | By: *s/ Vincent Briganti*<br>VINCENT BRIGANTI<br>44 S. Broadway<br>White Plains, New York 10601<br>Tel: (914) 997-0500<br>vbriganti@lowey.com |

**BERMAN TABACCO**

By: s/ *Todd A. Seaver*
TODD A. SEAVER
425 California Street, Suite 2300
San Francisco, California
94104
Tel.: (415) 433-3200
tseaver@bermantabacco.com

*Co-Lead Counsel*