**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **IN RE EUROPEAN GOVERNMENT BONDS** | ) | Lead Case No. 1:19-cv-2601 |
| **ANTITRUST LITIGATION** | ) | |
| | ) | Hon. Victor Marrero |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF**
**STIPULATION AND AGREEMENT OF SETTLEMENT WITH**
**UNICREDIT BANK AG AND STIPULATION AND AGREEMENT OF SETTLEMENT**
**WITH NATIXIS S.A.**

**PLEASE TAKE NOTICE** that Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association (collectively, "Plaintiffs") will, and hereby do, move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an order:

(1)     preliminarily approving the proposed settlement with UniCredit Bank AG;

(2)     preliminarily approving the proposed settlement with Natixis S.A.;

(3)     approving Huntington National Bank as Escrow Agent;

(4)     approving A.B. Data, Ltd. as Claims Administrator;

(5)     approving proposed forms of notice to the proposed settlement class; and

(6)     authorizing notice as provided in the Order.

Submitted herewith in support of this motion are the:

(1)     Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with UniCredit Bank AG and Stipulation and Agreement of Settlement with Natixis S.A.; and

(2)     Joint Declaration of Kristen M. Anderson, Vincent Briganti, Gregory S. Asciolla, and Todd A. Seaver in Support of Plaintiffs' Motion for Preliminary Approval of Stipulation and Agreement of Settlement with UniCredit Bank AG and Stipulation and Agreement of Settlement with Natixis S.A.

Dated:  May 12, 2023

**DICELLO LEVITT LLC**

 s/ *Gregory S. Asciolla*
GREGORY S. ASCIOLLA
MATTHEW J. PEREZ
VERONICA BOSCO
485 Lexington Avenue,
Suite 1001
New York, NY 10017
Telephone: 646-933-1000
gasciolla@dicellolevitt.com
mperez@dicellolevitt.com
vbosco@dicellolevitt.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 s/ *Kristen Anderson*
KRISTEN ANDERSON
DONALD A. BROGGI
MICHELLE E. CONSTON
PATRICK J. RODRIGUEZ
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
kanderson@scott-scott.com
dbroggi@scott-scott.com
mconston@scott-scott.com
prodriguez@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
DAVID R. SCOTT
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
david.scott@scott-scott.com

**LOWEY DANNENBERG, P.C.**

 s/ *Vincent Briganti*
VINCENT BRIGANTI
GEOFFREY M. HORN
CHRISTIAN LEVIS
ROLAND R. ST. LOUIS, III
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile:  914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
clevis@lowey.com
rstlouis@lowey.com

**LOWEY DANNENBERG, P.C.**
CHARLES KOPEL
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: 215-399-4770
Facsimile:  610-862-9777
ckopel@lowey.com

**BERMAN TABACCO**

s/ *Todd A. Seaver*

JOSEPH J. TABACCO, JR.
TODD A. SEAVER
CARL N. HAMMARSKJOLD
CHRISTINA SARRAF
425 California Street, Suite 230
San Francisco, CA 94104
Telephone: 415-433-3200
Facsimile:  415-433-6382
jtabacco@bermantabacco.com
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
csarraf@bermantabacco.com

*Co-Lead Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 12, 2023, I caused the foregoing to be electronically filed with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

email addresses denoted on the Electronic Mail Notice List.


s/ *Kristen M. Anderson*
Kristen M. Anderson