**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2023
```

| | |
|---|---|
| **IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION** | Case No. 1:19-cv-2601 (VM) |

<del>[PROPOSED]</del> **ORDER MODIFYING SCHEDULE FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENTS WITH DEFENDANTS JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES PLC, J.P. MORGAN SECURITIES LLC, STATE STREET CORPORATION, AND STATE STREET BANK AND TRUST COMPANY**

WHEREAS, the Court issued an order approving the plan and form of class notice for the class action settlements in this Action with Defendants State Street Corporation, State Street Bank and Trust Company (together, "State Street"); and JPMorgan Chase Bank, N.A., J.P. Morgan Securities PLC (f/k/a J.P. Morgan Securities Ltd.), and J.P. Morgan Securities LLC (f/k/a J.P. Morgan Securities Inc.) (together, "JPMorgan") on November 17, 2022 (ECF. No. 315) (the "November 17 Order") (together, the settlements with State Street and JPMorgan are referred to as the "Settlements");

WHEREAS, Plaintiffs[1] propose to combine an additional round of notice of the Settlements with the notice for the class action settlements with: (1) UniCredit Bank AG; and (2) Natixis S.A., and seek an adjustment to the schedule provided in the November 17 Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The November 17 Order is modified to the extent described herein.

2. **Settlement Hearing** – The Court will hold the Settlement Hearing on __November 3, 2023__, at __10:00 a.m.__ [a.m./p.m.] at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, Courtroom 15B before the undersigned, to determine the fairness, reasonableness, and adequacy of the proposed Settlements.

3. **Manner of Giving Notice** – Notice of the Settlements and Settlement Hearing shall be given as follows: commencing no later than 75 business days after entry of this Order ("Notice Date"), the Claims Administrator shall cause copies of the notice and the claim form, attached as Exhibits 4 and 6 to the Joint Declaration of Kristen M. Anderson, Vincent Briganti, Gregory S.

---

[1] "Plaintiffs" are Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association.

Asciolla, and Todd A. Seaver in Support of Plaintiffs' Motion for Preliminary Approval of Stipulation and Agreement of Settlement with UniCredit Bank AG and Stipulation and Agreement of Settlement with Natixis S.A. to be mailed to the members of the settlement class who can be identified through reasonable effort.

    4.    **Participating in the Settlement** – Unless the Court orders otherwise, all Claim Forms must be submitted 84 days after the Notice Date.

    5.    **Exclusion from the Settlement Class** – Any member of the settlement class who or which wishes to exclude himself, herself, or itself from the settlement class must request exclusion in writing and in the matter set forth in the notice such that it is received no later than 68 days after the notice.

    6.    **Appearance and Objections at Settlement Hearing** – Any settlement class member who or which has not requested exclusion from the settlement class may enter an appearance in the Action, at his, her, or its own expense, individually or through counsel of his, her, or its own choice, by filing with the Clerk of Court a notice of appearance by 68 days after the Notice Date, or as the Court may otherwise direct, and serving copies of such notice of appearance on Co-Lead Counsel, JPMorgan's Counsel, and State Street's Counsel at the addresses set forth in the notice.

    7.    **Supporting Papers** – Co-Lead Counsel shall file the opening papers in support of final approval of the proposed Settlements, distribution plan, and application for an award of attorneys' fees and litigation expenses, and any service awards for Plaintiffs no later than 54 days after the Notice Date, and reply papers, if any, shall be filed no later than 8 days after the Notice Date.

8. **Summary of Deadlines** – The Settlements shall be administered according to their terms pending the Settlement Hearing. Deadlines arising under the Settlements and this Order include, but are not limited to, the following:

- Notice: commencing no later than 75 business days after entry of this Order;
- Application for Attorneys' Fees and Litigation Expenses ("Fee Application"): to be filed 54 days after the Notice Date;
- Motion for Final Approval of the Settlement ("Final Approval Motion"): to be filed 54 days after the Notice Date;
- Objection Deadline: 68 days after the Notice Date;
- Opt-Out Deadline: 68 days after the Notice Date;
- Claims Deadline: 84 days after the Notice Date;
- Replies in Support of Final Approval Motion and Fee Application: to be filed 98 days after the Notice Date; and
- Settlement Hearing:  November 3, 2023  at   10:00 a.m.   [a.m./p.m.]

9. Except as modified herein, the November 17 Order remains in effect.

**IT IS SO ORDERED.**

DATED:  May 16, 2023

_____
Victor Marrero
U.S.D.J.

3