USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION

No. 1:19-cv-2601 (VM) (SN)

### [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

**IT IS HEREBY ORDERED** that Henry B. Liu is granted leave to withdraw as counsel of record for Defendants JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, and J.P. Morgan Securities plc in this action. The Clerk of the Court is respectfully directed to remove Mr. Liu from the docket and from the service list in this action.

Dated: August  2 , 2023

_____
Victor Marrero
U.S.D.J.