UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023
```

IN RE: EUROPEAN GOVERNMENT
BONDS ANTITRUST LITIGATION

Case No. 1:19-cv-02601 (VM)(SN)

Related to: 1:22-cv-10462 (VM)
            1:19-cv-03594 (VM)

ECF Case

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion to Withdraw as Counsel and the accompanying Declaration of Ina Kosova,

IT IS HEREBY ORDERED that the motion to withdraw Philip Oren Shapiro as counsel to Defendants UBS AG, UBS Securities LLC, and UBS Europe SE is granted, and the appearance of Mr. Shapiro is withdrawn as of the date of this Order.

Dated: 30 October 2023

_____
Victor Marrero
U.S.D.J.