UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION** | Lead Case No. 19-cv-2601<br><br>Hon. Victor Marrero |

NOTICE OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH DEFENDANTS
STATE STREET CORPORATION AND STATE STREET BANK AND TRUST
COMPANY; JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES PLC,
AND J.P. MORGAN SECURITIES LLC; UNICREDIT BANK AG; AND NATIXIS S.A.

**PLEASE TAKE NOTICE** that Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association (collectively, "Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order:

(1) finally approving the proposed settlement with State Street Corporation and State Street Bank and Trust Company;

(2) finally approving the proposed settlement with JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc, and J.P. Morgan Securities LLC;

(3) finally approving the proposed settlement with UniCredit Bank AG; and

(4) finally approving the proposed settlement with Natixis S.A.

Submitted herewith in support of this motion are the:

(1) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlements with Defendants State Street Corporation and State Street Bank and Trust Company; JPMorgan Chase Bank, N.A., J.P. Morgan Securities plc, and J.P. Morgan Securities LLC; UniCredit Bank AG; and Natixis S.A.

(2) Joint Declaration of Kristen M. Anderson, Gregory S. Asciolla, Vincent Briganti, and Todd A. Seaver in Support of Motion for Final Approval of Settlements and Motion

for an Interim Award of Attorneys' Fees and Reimbursement of Expenses dated October 30, 2023; and

(3) Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Regarding Notice Administration.

Dated: October 30, 2023

*/s/* Vincent Briganti
Vincent Briganti
Roland R. St. Louis, III
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
vbriganti@lowey.com
rstlouis@lowey.com

Charles Kopel
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: 215-399-4770
Facsimile: 610-862-9777
ckopel@lowey.com

Gregory S. Asciolla
Matthew J. Perez
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY, 10017
Telephone: 646-933-1000
gasciolla@dicellolevitt.com
mperez@dicellolevitt.com

Brian M. Hogan
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900
bhogan@dicellolevitt.com

Kristen M. Anderson
Donald A. Broggi
Michelle E. Conston
Patrick J. Rodriguez
**SCOTT+SCOTT**

**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
kanderson@scott-scott.com
dbroggi@scott-scott.com
mconston@scott-scott.com
prodriguez@scott-scott.com

Daniel J. Brockwell
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
dbrockwell@scott-scott.com

David R. Scott
Amanda Lawrence
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

Joseph J. Tabacco, Jr.
Todd A. Seaver
Carl N. Hammarskjold
Christina Sarraf
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: 415-433-3200
Facsimile: 415-433-6382
jtabacco@bermantabacco.com
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
csarraf@bermantabacco.com

*Co-Lead Counsel for the Class*

3