UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

IN RE EUROPEAN GOVERNMENT
BONDS ANTITRUST LITIGATION

No. 19-cv-02601-VM

### ORDER AMENDING CERTAIN DEADLINES IN ORDER AMENDING CERTAIN DEADLINES IN AMENDED PRELIMINARY APPROVAL ORDERS (ECF No. 427)

IT IS HEREBY ORDERED that Plaintiffs' letter motion to extend certain deadlines in the November 20, 2023 Order Amending Certain Deadlines in Amended Preliminary Approval Orders (ECF No. 427) is GRANTED, and the following deadlines are amended as follows:

| Event | Existing Deadline | New Deadline |
| --- | --- | --- |
| Opt-Out and Objection Deadline for Citi Counterparties Who Did Not Receive the Notice Packet | January 22, 2024 | March 22, 2024 |
| Replies in Support of Final Approval Motion and Fee Motion Due | February 5, 2024 | April 1, 2024 |
| Claims Filing Deadline | January 29, 2024 | March 25, 2024 |
| Settlement Hearing | February 23, 2024 | April 19, 2024, at 1:00 PM |

IT IS SO ORDERED.

DATED: 22 January 2024

_____
Victor Marrero
U.S.D.J.