```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re European Government
Bonds Antitrust Litig.

19 cv 02601 ( VM )

### ORDER FOR ADMISSION
### PRO HAC VICE

The motion of __Noah L. Cozad__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Minnesota__; and that his/her contact information is as follows (please print):

Applicant's Name: __Noah L. Cozad__

Firm Name: __DiCello Levitt LLP__

Address: __485 Lexington Ave., Suite 1001__

City / State / Zip: __New York, NY 10017__

Telephone / Fax: __(646) 933-1000/(646) 494-9648__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Electrical Workers Pension Fund Local 103, I.B.E.W., Ohio Carpenters' Pension Fund, and San Bernardino Cnty. Employees' Retirement Assoc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 2/2/2024

Victor Marrero
U.S.D.J.