**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**IN RE: EUROPEAN GOVERNMENT BONDS**
**ANTITRUST LITIGATION,**

------------------------------------------------------------------X                    **19-CV-02601 (VM)(SN)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2024_

                                                                                        <u>**ORDER**</u>

**SARAH NETBURN, United States Magistrate Judge:**

       By March 22, 2024, the parties shall jointly file a letter updating the Court on the status

of discovery, including any upcoming deadlines. To the extent the parties believe a settlement

conference would be productive, they may also propose dates starting in May 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        March 12, 2024
                   New York, New York