```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024
```

April 25, 2024

**VIA ECF & EMAIL**

Honorable Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007
Email: ChambersNYSDMarrero@nysd.uscourts.gov

  Re: *In re Euro. Gov't Bonds Antitrust Litig.*, No. 1:19-cv-02601 (S.D.N.Y.)

Dear Judge Marrero:

  We write on behalf of Plaintiffs in the above-captioned action. Pursuant to Rule II.H of Your Honor's Individual Practices, we respectfully request leave to file under seal: (i) Plaintiffs' letter (the "Letter") regarding the Distribution Plan for certain settlements the Court approved on April 19, 2024 (*see* ECF Nos. 483, 484, 486); and (ii) an unredacted version of this letter, filed concurrently. The Letter has been filed electronically under seal, and a redacted version of this letter has been filed on the public docket.

  The basis for this request to seal is that [REDACTED] Defendants Bank of America, N.A., Merrill Lynch International, NatWest Markets Plc, NatWest Markets Securities Inc., Nomura International Plc, UBS AG, UBS Europe SE, UBS Securities LLC, Citigroup Global Markets Inc., Citigroup Global Markets Limited, Jefferies International Limited, and Jefferies LLC join in this request and should be granted access to the sealed version of this letter and Plaintiff's Letter.

  The parties are available to discuss these matters at the Court's convenience.

                Respectfully submitted,

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
| */s/ Kristen Anderson* | */s/ Vincent Briganti* |
| Kristen Anderson | Vincent Briganti |
| 230 Park Avenue, 17th Floor | 44 South Broadway, Suite 1100 |
| New York, NY 10169 | White Plains, NY 10601 |
| Email: kanderson@scott-scott.com | Email: vbriganti@lowey.com |

Honorable Victor Marrero
April 25, 2024
Page 2

| | |
|---|---|
| **DICELLO LEVITT LLP** | **BERMAN TABACCO** |
| */s/ Gregory S. Asciolla* | */s/ Todd Seaver* |
| Gregory S. Asciolla | Todd Seaver |
| 485 Lexington Avenue, Suite 1001 | 425 California Street, Suite 2300 |
| New York, NY 10017 | San Francisco, CA 94104 |
| Email: gasciolla@dicellolevitt.com | Email: tseaver@bermantabacco.com |

*Co-Lead Counsel*

**Request GRANTED.** Plaintiff is permitted to file an unredacted version of this letter under seal (see Dkt. No. 491), and Plaintiff's letter (Dkt. No. 492) regarding the Distribution Plan shall remain under seal. The viewing level for Dkt. Nos. 491 and 492 should be set to include the Defendants listed above in this letter.

**SO ORDERED.**

26 April 2024

DATE

VICTOR MARRERO, U.S.D.J.