UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EUROPEAN GOVERNMENT BONDS ANTITRUST LITIGATION | Case No. 1:19-cv-2601 (VM)<br>Hon. Victor Marrero |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF STIPULATION AND AGREEMENT OF SETTLEMENT WITH BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL, NATWEST MARKETS PLC, NATWEST MARKETS SECURITIES INC., NOMURA INTERNATIONAL PLC, UBS AG, UBS EUROPES SE, UBS SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., CITIGROUP GLOBAL MARKETS LIMITED, JEFFERIES INTERNATIONAL LIMITED, <u>AND JEFFERIES LLC</u>**

**PLEASE TAKE NOTICE** that Plaintiffs Ohio Carpenters' Pension Fund, Electrical Workers Pension Fund Local 103 I.B.E.W., and San Bernardino County Employees' Retirement Association (collectively, "Plaintiffs") will, and hereby do, move the Court pursuant to Federal Rule of Civil Procedure 23(e) for an order:

(1)   preliminarily approving the proposed settlement with Bank of America, N.A., Merrill Lynch International, NatWest Markets Plc and NatWest Markets Securities Inc., Nomura International plc, UBS AG, UBS Europe SE and UBS Securities LLC, Citigroup Global Markets Inc. and Citigroup Global Markets Limited, Jefferies International Limited, and Jefferies LLC;

(2)   approving proposed forms of notice to the proposed settlement class; and

(3)   authorizing notice as provided in the Order.

Submitted herewith in support of this motion are the:

(1)   Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with Bank of America, N.A., Merrill Lynch International, NatWest Markets Plc, NatWest Markets Securities Inc., Nomura International plc, UBS AG, UBS Europe SE, UBS Securities LLC, Citigroup Global Markets Inc., Citigroup Global Markets Limited, Jefferies International Limited, and Jefferies LLC; and

1

(2) Joint Declaration of Patrick Coughlin, Vincent Briganti, Gregory S. Asciolla, and Todd A. Seaver in Support of Plaintiffs' Motion for Preliminary Approval of Stipulation and Agreement of Settlement with Bank of America, N.A., Merrill Lynch International, NatWest Markets Plc and NatWest Markets Securities Inc., Nomura International plc, UBS AG, UBS Europe SE and UBS Securities LLC, Citigroup Global Markets Inc. and Citigroup Global Markets Limited, Jefferies International Limited, and Jefferies LLC;

Dated: July 26, 2024

| **DICELLO LEVITT LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **LOWEY DANNENBERG, P.C.** |
|---|---|---|
| s/ *Gregory S. Asciolla* | s/ *Patrick Coughlin* | s/ *Vincent Briganti* |
| GREGORY S. ASCIOLLA | PATRICK COUGHLIN | VINCENT BRIGANTI |
| NOAH COZAD | DANIEL J. BROCKWELL | GEOFFREY M. HORN |
| 485 Lexington Avenue, Suite 1001 | 600 W. Broadway, Suite 3300 | CHRISTIAN LEVIS |
| New York, NY, 10017 | San Diego, CA 92101 | ROLAND R. ST. LOUIS, III |
| Telephone: 646-933-1000 | Telephone: 619-233-4565 | 44 South Broadway, Suite 1100 |
| gasciolla@dicellolevitt.com | pcoughlin@scott-scott.com | White Plains, NY 10601 |
| ncozad@dicellolevitt.com | dbrockwell@scott-scott.com | Telephone: 914-997-0500 |
| | | Facsimile: 914-997-0035 |
| | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | vbriganti@lowey.com |
| | KRISTEN ANDERSON | ghorn@lowey.com |
| | DONALD A. BROGGI | clevis@lowey.com |
| | MICHELLE E. CONSTON | rstlouis@lowey.com |
| | PATRICK J. RODRIGUEZ | |
| | The Helmsley Building | **LOWEY DANNENBERG, P.C.** |
| | 230 Park Ave., 17th Floor | CHARLES KOPEL |
| | New York, NY 10169 | One Tower Bridge |
| | Telephone: 212-223-6444 | 100 Front Street, Suite 520 |
| | kanderson@scott-scott.com | West Conshohocken, PA 19428 |
| | dbroggi@scott-scott.com | Telephone: 215-399-4770 |
| | mconston@scott-scott.com | Facsimile: 610-862-9777 |
| | prodriguez@scott-scott.com | ckopel@lowey.com |
| | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | |
| | DAVID R. SCOTT | |
| | AMANDA LAWRENCE | |
| | 156 South Main Street | |
| | P.O. Box 192 | |
| | Colchester, CT 06415 | |
| | Telephone: 860-537-5537 | |
| | Facsimile: 860-537-4432 | |
| | david.scott@scott-scott.com | |

**BERMAN TABACCO**
s/ *Todd A. Seaver*
JOSEPH J. TABACCO, JR.
TODD A. SEAVER
CARL N. HAMMARSKJOLD
CHRISTINA SARRAF
425 California Street, Suite 230
San Francisco, CA 94104
Telephone: 415-433-3200
Facsimile: 415-433-6382
jtabacco@bermantabacco.com
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
csarraf@bermantabacco.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                              s/ *Patrick Coughlin*
                                              Patrick Coughlin