**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE EUROPEAN GOVERNMENT BONDS
ANTITRUST LITIGATION

**19 Civ. 2601 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On December 18, 2024, pro se litigant Terrence Hackett moved for a whistleblower award. (See Dkt. No. 534.) The motion for whistleblower award is hereby **DENIED** as unwarranted because Mr. Hackett is not a class member. (See Dkt. No. 423.)

**SO ORDERED.**

Dated:   2 January 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.

1